

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Franklin P. Shackelford,

Vs. No. 11-16-00242-CV

Stephens County Sheriff's Department
and Stephens County, Texas,

* From the 90th District Court
  of Stephens County,
  Trial Court No. CV-31184.

* December 8, 2016

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered Franklin P. Shackelford's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Franklin P. Shackelford.